NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 27 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ROLAND MA, | No. 20-35915 |
| Plaintiff-Appellant, | D.C. No. 2:20-cv-01355-RAJ |
| v. | |
| ESTHER PARK DENSMORE, Administrator of Washington Care Services; WASHINGTON CARE SERVICES, a domestic non-profit 501(c)(3) corporation, Washington, | MEMORANDUM* |
| Defendants-Appellees, | |
| v. | |
| WALDEN UNIVERSITY LLC, a foreign limited liability company, | |
| Third-party-defendant-Appellee. | |

Appeal from the United States District Court
for the Western District of Washington
Richard A. Jones, District Judge, Presiding

Submitted April 20, 2021**

---

* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

** The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Before: THOMAS, Chief Judge, TASHIMA and SILVERMAN, Circuit Judges.

Roland Ma appeals pro se from the district court's order denying his motion for injunctive relief in his action alleging he was wrongfully suspended from a student internship and disenrolled from courses. We have jurisdiction under 28 U.S.C. § 1292(a)(1). We review for an abuse of discretion, *Puente Ariz. v. Arpaio*, 821 F.3d 1098, 1103 (9th Cir. 2016), and we affirm.

The district court did not abuse its discretion in denying Ma's request for a preliminary injunction because Ma failed to establish a likelihood of success on the merits of his claims. *See Winter v. Nat. Res. Def. Council*, 555 U.S. 7, 20, 24 (2008) (listing the requirements for the issuance of a preliminary injunction).

**AFFIRMED.**